UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | | SACR 14-00183-CJC |
| ) | | |
| Plaintiff, ) | | ORDER Of DETENTION |
| ) | | |
| v. ) | | |
| ) | | |
| ROBERT RUBEN ORNELAS, ) | | |
| ) | | |
| Defendant. ) | | |
| _____) | | |

    The Defendant's motion for review of the Magistrate Judge's detention order and for release is **DENIED**. The indictment, complaint and supporting affidavit against Defendant clearly demonstrate that no condition or combination of conditions will reasonably assure the appearance of Defendant as required and the safety of the community. The evidence presented by the Government presents a very disturbing pattern of criminal sexual behavior for at least thirty years involving extremely vulnerable victims - - some as young as four-years-old. No evidence has been presented by Defendant to rebut the

1

statutory presumption of detention.  Moreover, considering (i) the nature and circumstances of the 6 offenses charged, (ii) the weight of the evidence against Defendant, (iii) the history and characteristics of Defendant, and (iv) the nature and seriousness of the danger to the community, detention is necessary and required here in any event.

    As to danger, Defendant is charged with very troubling sexual crimes involving minors.  Defendant purportedly has traveled to the Philippines on multiple occasions to engage in illicit sexual conduct with several minors and to produce videos of that despicable conduct.  Defendant's own brother has admitted that Defendant has a history of inappropriate behavior with young girls and believes that he even has sexually abused a family member in the past.  There are no conditions here that can minimize the substantial danger that Defendant poses to young girls and the community.

    As to flight risk, the grand jury returned a 6 count indictment charging Defendant with serious sexual offenses involving minors.  Specifically, Defendant is charged with two counts of engaging in illicit sexual conduct in a foreign place, three counts of producing child pornography outside of the United States and one count of possessing child pornography.  If convicted, Defendant faces a very lengthy prison sentence, possibly one that could result in his spending his remaining years in prison. Defendant also has very significant ties to the Philippines.  He has traveled

there on multiple occasions.  He also has sent money to people there on hundreds of occasions.  And according to Defendant's brother, Defendant owns property there.  Thus, Defendant has a significant incentive to flee to the Philippines or somewhere outside the United States to avoid trial.  The Court does not see any conditions that can reasonably assure Defendant's appearance as required.

   IT IS THEREFORE ORDERED that Defendant be detained prior to trial.

   IT IS FURTHER ORDERED that Defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.

   IT IS FURTHER ORDERED that Defendant be afforded reasonable opportunity for private consultation with counsel.

   IT IS FURTHER ORDERED that, on order of a Court of the United States or on request of any attorney for the Government, the person in charge of the corrections facility in which Defendant is confined deliver Defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

Dated: April 6, 2015

_____
HONORABLE CORMAC J. CARNEY
United States District Judge